WILLIAM KING, Respondent, *v.* CLARA KING, Appellant, and GEORGE F. KING.

(Submitted March 2, 1888; decided March 20, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made the first Tuesday in January, 1886, which affirmed a judgment in favor of plaintiff, entered upon the report of a referee.

*Ira H. Myers* for appellant.

*George U. Loveridge* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.